## Lazarus's Appeal.

Mr. Justice PAXSON delivered the opinion of the court, January 22d 1877.

The decree of the court below having been reversed upon the appeal of William Moss *et al., ante* 264, it becomes unnecessary to discuss the case upon this appeal.

The appeal is dismissed at the costs of the appellant.